OPINION — AG — **** SCHOOL DISTRICT MAY NOT CARRY LIABILITY INSURANCE ON SCHOOL BOARD MEMBERS **** A SCHOOL DISTRICT BOARD OF EDUCATION MAY NOT LEGALLY PAY PREMIUMS FOR LIABILITY INSURANCE ON SCHOOL BOARD MEMBERS. CITE: 70 O.S. 1971, 5-117 [70-5-117], 11 O.S. 1971 16.1 [11-16.1] (LARRY L. FRENCH) ** SEE: OPINION NO. 73-163 (1973) ** ** SEE: OPINION NO. 73-265 (1973) ** ** SEE: OPINION NO. 74-152 (1974) **